IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| RICKY DEAN COOK | ) | CASE NO. 4-07-01123-EWH |
| DONNA SUE COOK | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 4 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $190.44 | $0.52 |
| 5 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $943.77 | $2.57 |
| 6 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $144.48 | $0.39 |
| 7 | Premier Bankcard/Charter<br>P O BOX 2208<br>Vacaville, CA 95696 | $332.38 | $0.90 |
| 8 | Premier Bankcard/Charter<br>P O BOX 2208<br>Vacaville, CA 95696 | $548.97 | $1.49 |
| 10 | eCAST Settlement Corporation<br>HSBC Bank Nevada NA / HSBC Card Services III | $626.83 | $1.71 |

|    |                                                                                                                      |           |       |
|----|----------------------------------------------------------------------------------------------------------------------|-----------|-------|
|    | POB 35480<br>Newark NJ 07193-5480                                                                                    |           |       |
| 11 | Household Finance Corporation<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | $1,338.70 | $3.64 |

Dated: March 19, 2010

/s/ SJK_____
Stanley J. Kartchner, Trustee