IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| RICKY DEAN COOK | ) | CASE NO. 4-07-01123-EWH |
| DONNA SUE COOK | ) | |
| | ) | **APPLICATION FOR PAYMENT OF** |
| Debtor(s). | ) | **UNCLAIMED FUNDS TO THE U.S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend check(s) have been issued

and not presented for payment, and more than ninety (90) days has elapsed from the date of

issuance.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 13 | RUBEN EZRRE/PUEBLO PROPERTIES<br>1120 W GLENN<br>TUCSON, AZ 85705 | $10,000 | $27.23 |

_____6/7/10_____           /s/ SJK_____
         Date                         Stanley J. Kartchner, Trustee